■ MICHAEL P. McDONNELL, Individually and as Administrator of the Estates of BETH A. McDONNELL and Others, Deceased, Appellant, v COUNTY OF NASSAU et al., Respondents.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Wager in his memorandum decision at Trial Term. Mollen, P. J., Mangano, Brown and Kunzeman, JJ., concur.